JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT PCS ASSETS, L.L.C., a Delaware limited liability company, wholly-owned by SPRINT TELEPHONY PCS, L.P., a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF MORRO BAY, a California public entity; CITY COUNCIL OF THE CITY OF MORRO BAY, its governing body; JANICE PETERS, in her official capacity as Mayor of the City of Morro Bay; WILLIAM PEIRCE, in his official capacity as Council Member of the City of Morro Bay, MELODY DeMERITT, in her official capacity as Council Member of the City of Morro Bay, RICK GRANTHAM, in his official capacity as Council Member of the City of Morro Bay, BETTY WINHOLTZ, in her official capacity as Council Member of the City of Morro Bay AND does 1-10<br><br>　　　　　Defendants. | Case No: **2:07-cv-07613-FMC-Ex**<br><br>Judge:  Hon. Florence-Marie Cooper<br><br>**ORDER AND JUDGMENT** |

Proposed Order.doc

**[PROPOSED] ORDER AND JUDGMENT**

Upon the stipulation of the parties, as set forth in the Stipulation for Entry of Judgment attached hereto as Exhibit A, and good cause appearing therefor,

**IT IS ORDERED** that judgment is entered in accordance with the terms of the Stipulation for Entry of Judgment;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of the Stipulated Judgment.

Dated: _June 30, 2008

_____
Hon. Florence-Marie Cooper
United States District Court